☐ FILED ☐ ENTERED
☐ LOGGED ☐ RECEIVED

3:52 pm, Jul 06 2022
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-19-310 |
| | * | |
| JAMES JUNIOR ALIYU, | * | |
|    a/k/a "Old Soldier," | * | |
|    a/k/a "Ghost," and | * | |
| KOSI GOODNESS SIMON-EBO, and | * | |
| HENRY ONYEDIKACHI ECHEFU, | * | |
| | * | |
| Defendants | * | |
| | * | |

*******

## MOTION TO UNSEAL

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Kelly O. Hayes, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Indictment in the above-captioned matter. The Defendants are in custody, thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the Indictment and all other documents filed in this action be unsealed until further order of the Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Kelly O. Hayes
Assistant United States Attorney

*Digitally signed by KELLY HAYES
Date: 2022.07.05 12:58:49 -04'00'*

**ORDERED** as prayed, this 6th day of July, 2022.

_____
Honorable Gina L. Simms
United States Magistrate Judge