AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. PWG 19CR310 |
| | ) | |
| KOSI GOODNESS SIMON-EBO, | ) | |
| *Defendant* | ) | |

AV
USDC- GREENBELT
'23 APR 14 AM 11:58

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KOSI GOODNESS SIMON-EBO
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349.
Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h).
Wire Fraud, 18 U.S.C. § 1343.
Aiding and Abetting, 18 U.S.C. § 2.

Date: June 24, 2019

City and state:   Greenbelt, MD

*Issuing officer's signature*

Hon. Charles B. Day, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/24/2019, and the person was arrested on *(date)* 04/12/2023
at *(city and state)*   Toronto, Canada.

Date:  04/13/2023

*Arresting officer's signature*

Kemal A. Konur   Deputy US Marshal
*Printed name and title*